# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON OF THE SOUTH OWNER, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLEAR DISTRIBUTION, LLC, DAVID RAYMOND BROWN, 8TH WONDER PICTURES, LLC, and DOES 1 to 10, inclusive,<br><br>　　　　Defendants.<br><hr>8TH WONDER PICTURES, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>SON OF THE SOUTH OWNER, LLC, New York limited liability company,<br><br>　　　　Counterdefendants. | Case No. 2:21-cv-03976-DSF-JEM<br>Honorable Dale S. Fischer<br><br>**ORDER ON JOINT STIPULATION FOR MUTUAL DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 11, 2021<br><br>[Filed Concurrently with Stipulation] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulation for Mutual Dismissal with Prejudice by Plaintiff and Counterdefendant Son of the South Owner, LLC, a New York limited liability company ("SOTS"), and Defendant and Counterclaimant 8th Wonder Pictures, LLC, a Delaware limited liability company ("8th Wonder"), the Court orders as follows:

1. SOTS' entire Complaint in this action and all claims for relief set forth therein or related thereto against only 8th Wonder are dismissed with prejudice;

2. 8th Wonder's entire Counterclaim in this action and all claims for relief set forth therein or related thereto against SOTS are dismissed with prejudice; and

3. SOTS and 8th Wonder shall each bear their own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

DATED: May 11, 2023

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE