JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON OF THE SOUTH OWNER, LLC,<br>    Plaintiff,<br><br>              v.<br><br>CLEAR DISTRIBUTION, LLC, et al.,<br>    Defendants. | CV 21-3976 DSF (JEMx)<br><br><br>JUDGMENT |

The Court having granted a motion to confirm an arbitration award against Defendant David Brown and a motion for default judgment against Defendant Clear Distribution, LLC,

IT IS ORDERED AND ADJUDGED that Plaintiff recover $375,000 in economic damages against David Brown and Clear Distribution, LLC, jointly and severally.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff recover punitive damages of $750,000 and arbitration fees of $16,963.50 against David Brown only.

Plaintiffs shall recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  9/19/2023

                                                   Dale S. Fischer<br>
                                                 United States District Judge