WHEN RECORDED MAIL TO:
Carl I. S. Mueller, Esq.
THE MALONEY FIRM, APC
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: cmueller@maloneyfirm.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON OF THE SOUTH OWNER, LLC,<br><br>PLAINTIFF(S),<br>v.<br>CLEAR DISTRIBUTION, LLC, DAVID RAYMOND BROWN, 8TH WONDER PICTURES, LLC, and DOES 1 to 10, inclusive,<br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:21-CV-03976-DSF JEM  X<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 19, 2023 in favor of Plaintiff, Son of the South Owner, LLC
whose address is c/o Foreht and Associates, 228 East 45th Street, 17th floor, New York, NY 10017
and against David Raymond Brown
whose last known address is 14001 Hartsook St., Sherman Oaks, CA 91423
for $ 1,125,000  Principal, $ 0.00  Interest, $ 16,963.50  Costs,
and $ 0.00  Attorney Fees.

ATTESTED this __13__ day of __October__, 2023

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☒ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

David Raymond Brown
14001 Hartsook St.,
Sherman Oaks, CA 91423

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
CHRIS SAWYER

1149

**NOTE:** *JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)

[CHAMBERS COPY]

ABSTRACT OF JUDGMENT/ORDER

**ORIGINAL**

