WHEN RECORDED MAIL TO:
Carl I. S. Mueller, Esq.
THE MALONEY FIRM, APC
2381 Rosecrans Avenue, Suite 405
El Segundo, California 90245
T: 310-540-1505 | F: 310-540-1507
E: cmueller@maloneyfirm.com

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SON OF THE SOUTH OWNER, LLC,

PLAINTIFF(S),

v.

CLEAR DISTRIBUTION, LLC, DAVID RAYMOND BROWN, 8TH WONDER PICTURES, LLC, and DOES 1 to 10, inclusive,

DEFENDANT(S).

CASE NUMBER:

CV 2:21-CV-03976-DSF JEM ✗

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 19, 2023 in favor of Plaintiff, Son of the South Owner, LLC
whose address is c/o Foreht and Associates, 228 East 45th Street, 17th floor, New York, NY 10017
and against Clear Distribution, LLC
whose last known address is 11846 Ventura Blvd., Suite 130, Studio City, CA 91604
for $ 375,000   Principal, $ 0.00   Interest, $ 0.00   Costs,
and $ 0.00   Attorney Fees.

ATTESTED this _13_ day of _October_, 2023

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☒ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Jamie Coghill - Agent for Service of Process
1880 Century Park East Suite 618
Los Angeles, CA 90067

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

CHRIS SAWYER

ORIGINAL

1149

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER

[CHAMBERS COPY]